IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARNELL ROBINSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| : | |
| **MICHAEL NUTTER, et al.,** : | NO. 13-538 |
| : | |
| **Defendants.** : | |

**O R D E R**

**AND NOW**, this 2nd day of February, 2017, upon consideration of the defendants' motion to dismiss (Doc. No. 12), and plaintiff's response in opposition (Doc. No. 20), **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. No. 12) is **GRANTED**.

2. Plaintiff may amend his complaint by filing an amended complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

_/s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.