# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARNELL ROBINSON,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| **MICHAEL NUTTER, et al.,** | : | |
| Defendants. | : | NO. 13-538 |

## O R D E R

**AND NOW**, this 4th day of May, 2017, upon consideration of defendant Prison Health System (or Corizon, LLC)'s unopposed motion to dismiss for failure to prosecute (Doc. No. 27) and plaintiff's failure to comply with my April 12, 2017 Order to show cause why this case should not be dismissed for failure to prosecute (Doc. No. 34), **IT IS HEREBY ORDERED** that:

1. The motion to dismiss (Doc. No. 27) is **GRANTED**.

2. All claims against Prison Health System (or Corizon, LLC) are **DISMISSED**.

3. Judgment is entered in favor of all defendants and against the plaintiff on the entirety of the complaint.

4. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.